FILED

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0448

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0448

_____

ROBERT SAYERS,

       Plaintiff, Cross-Claim
       Defendant and Appellant,

    v.

HARVEY WORRAL, DALE HANKINS,           O R D E R
STEVEN GANNON, Does and Roes 1-5,

       Defendants and Appellees,

CHOUTEAU COUNTY,

       Cross-Claimant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David Cybulski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020